

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00284-CR

DARRELL KRAMER, Appellant                    §    On Appeal from the 211th District
                                             Court

                                             §    of Denton County (F20-1113-362)

V.                                           §    December 28, 2023

                                             §    Memorandum Opinion by Justice
                                             Birdwell

THE STATE OF TEXAS                           §    (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there

was no error in the trial court's judgment. It is ordered that the judgment of the trial

court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
        Justice Wade Birdwell